Opinion issued January 20, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00862-CV

———————————

Panhandle Eastern Pipe Line Company, LP, Appellant

V.

Willbros
Engineers (U.S.), LLC, Appellee



 



 

On Appeal from the 269th District Court

Harris County, Texas



Trial Court Case No. 2008-20483

 



 

MEMORANDUM OPINION

          Appellant
has filed a motion to dismiss the appeal for mootness.  More than 10 days have passed, and appellee
has not filed an objection.  No opinion
has issued.  Accordingly, we grant
the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a)(1) (providing
that appellate court may dispose of appeal on motion of appellant).

          We
overrule all other pending motions as moot. 
We direct the Clerk of this Court to issue the mandate within 10 days of
the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

 

Panel
consists of Justices Keyes, Bland, and Sharp.